**Yolanda BELL, Plaintiff-Appellant,**

v.

**Anne M. HEISHMAN; Kenneth Labow-itz; Saben Johnston, Esquire; Blank-enship & Keith; Inova Health Care, d/b/a INOVA Fairfax Hospital; Bever-ly Enterprises Virginia, Inc., d/b/a Golden Living Centers-Sleepy Hollow, Defendants-Appellees.**

No. 17-1606

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Yolanda Bell, Appellant Pro Se. Kenneth Edward Labowitz, DINGMAN LABOW-ITZ, PC, Alexandria, Virginia; Mark Sheridan Brennan, Ashley Goin Moss, VAN-DEVENTER BLACK, LLP, Richmond, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yolanda Bell seeks to appeal the district court's orders denying her motion for a temporary restraining order and her motions for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain inter-locutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Bell seeks to appeal are neither final orders nor appealable inter-locutory or collateral orders. Accordingly, although we grant Bell's motion to expedite, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*